etc., Appellants.— Order directing examination of third party before trial, in so far as appealed from, affirmed, with ten dollars costs and disbursements. We think plaintiff has presented a case of special circumstances justifying the examination of the witness sought to be examined under Civil Practice Act, section 288. The record shows a refusal by defendants to furnish the plaintiff with information in their possession to which the courts have decided plaintiff is entitled. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle order on notice.

FRANK MILLER, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant. — Order denying defendant's motion to dismiss complaint modified so as to permit defendant to answer the complaint on the merits, on payment of costs, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle order on notice.

FRANCIS J. PHILLIPS, Respondent, v. SAMUEL ROSTHAL and Another, Appellants. — Order denying defendant's motion to change venue from Westchester county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JOHN POLICASTRO, an Infant, by PETER POLICASTRO, His Guardian ad Litem, Appellant, v. TIDEWATER PAPER MILLS COMPANY, Respondent.— Judgment reversed on the law, and a new trial granted, with costs to appellant to abide the event. The insufficiency in the evidence compelling the reversal of the judgment for plaintiff on the first trial appears to have been remedied on this second trial. There was sufficient evidence offered by plaintiff on this second trial, unanswered and uncontradicted, to warrant the jury in finding that the man who committed the alleged assault was a watchman employed by defendant, and in the absence of any evidence or explanation by defendant, it was for the jury to say whether he was acting within the scope of his employment. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SOL POPOFSKY, Respondent, v. HARRY A. FINKELSTEIN, Appellant.— Order denying defendant's motion to vacate and annul a body execution affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

ERNEST O. PYNE, as Executor, etc., of EMILY PYNE, Deceased, Respondent, v. MARGARET L. PARDOE, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. CASEY, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Order denying motion to direct the police commissioner to certify payroll affirmed, without costs. The record before us presents a situation which in our opinion calls for a prompt determination by the commissioner of the charges made against the officer. The trial of these charges was closed on November 18, 1924, since which time no final disposition thereof has been made, and the matter is still pending. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SELDEN TRUCK CORPORATION, Respondent, v. GEORGE C. GORDON, Defendant, Impleaded with ROBERT H. SALMONS, Appellant. (Appeal No. 1.) — Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SELDEN TRUCK CORPORATION, Respondent, v. GEORGE C. GORDON, Appellant,

Impleaded with ROBERT H. SALMONS, Defendant.    (Appeal No. 2.) — Order in so far as appealed from affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SAM L. SIMON, Appellant, v. NEW YORK INDEMNITY COMPANY, INC., Respondent. — Judgment and order denying motion for new trial unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOSEPH STARK, Appellant, v. PETER STEINBERG, Doing Business as PROVIDENCE KNITTING MILLS, Respondent.— Order denying plaintiff's motion for an inspection of defendant's books affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

BURKE STONE, INC., Respondent, v. ANTON F. BAARSLAG, Appellant.— Order granting plaintiff's motion for new trial unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

SARAH A. WHEELER, Appellant, v. PETER W. FOY and Others, Respondents.— Order denying motion to resettle case on appeal affirmed, without costs.    No opinion.    Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

ELIZABETH WILLETTS, Respondent, v. FRANK WILLETTS, Appellant.— Order denying defendant's motion to strike out certain paragraphs of amended complaint affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LOUIS WITTEN and Others, Appellants, v. BETTIE WITTEN and Others, Respondents.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of LEO STURM, etc., for an Order Compelling and Directing WILLIAM J. DALTON, Mayor, and PETER J. DEVINE and Others, Composing the City Council of Long Beach, to Divide Election District No. 3 in the City of Long Beach into Three Election Districts.— While the court is in accord with the expressed desire of the applicant to facilitate the casting of the votes, and the canvass thereof, we think we should not, on the eve of a general election, assume to establish new election districts not established by the municipal authorities as required by the Election Law.    No election officials have been appointed to act in such new districts.    The machinery for conducting the election in such new districts is not in existence.    The right of challenge would practically be nullified.    Under the existing law the right of the elector to cast his ballot is preserved, so that if he be present at his polling place before the hour fixed for the closing of the polls his ballot must be received.    The court was without authority to create new election districts at the time this application was presented.    It follows that the order appealed from is reversed, and the motion denied, without costs.    Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

M. MORTON ANSORGE, Respondent, v. CORRINE P. KANE, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

WINTHROP R. BERTH, Appellant, v. W. G. KNAPP CO., INC., Respondent.— Order denying motion to set aside order of the trial court dismissing plaintiff's complaint, and for a new trial, reversed upon the law, and motion granted, with costs to abide the event.    According to the evidence the original contract was